**Opinion issued July 11, 2023**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-22-00582-CV

————————————

**GCT LOGISTICS, LLC, STEPHEN J. GILBREATH, AND ROBIN GILBREATH, Appellants**

**V.**

**CHARTER PIPE, LLC, Appellee**

---

**On Appeal from the County Civil Court at Law No. 3**
**Harris County, Texas**
**Trial Court Case No. 1172782**

---

## MEMORANDUM OPINION

Appellants, GCT Logistics, LLC, Stephen J. Gilbreath, and Robin Gilbreath,

filed a notice of appeal from the trial court's May 10, 2022 judgment.  Appellants

have failed to timely file a brief.  *See* TEX. R. APP. P. 38.6(a) (governing time to file

brief).

On September 1, 2022, the court reporter notified the Court that no reporter's record was taken in this case, and on September 17, 2022, the clerk's record was filed. Accordingly, appellants' brief was due to be filed on or before October 19, 2022. *See* TEX. R. APP. P. 38.6(a). Appellants did not file an appellants' brief.

On October 25, 2022, the Clerk of this Court notified appellants that this appeal was subject to dismissal unless a brief, or a motion to extend time to file a brief, was filed within ten days of the notice. *See* TEX. R. APP. P. 38.8(a) (governing failure of appellant to file brief), 42.3(b) (allowing involuntary dismissal of appeal for want of prosecution), 42.3(c) (allowing involuntary dismissal of case for failure to comply with notice from Clerk of Court). Despite the notice that this appeal was subject to dismissal, appellants did not adequately respond.

Accordingly, we dismiss this appeal for want of prosecution. *See* TEX. R. APP. P. 42.3(b), 43.2(f). All pending motions are dismissed as moot.

**PER CURIAM**

Panel consists of Chief Justice Adams and Justices Guerra and Farris.